**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.: 20-cv-21999-UU

**JOSE PUERTO, VERONICA LUNA, HAZELL MEJIA, IRIS CALIX**, and all others similarly situated under 29 U.S.C. § 216(b),

Plaintiffs,

vs.

**RINCONCITO SUPERLATINO 4, LLC**.

Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

**COME(S) NOW** the undersigned counsel and notices the Court and all parties as follows:

The undersigned hereby appears as an additional trial counsel of record on behalf of the Plaintiffs, and requests that all documents filed or served in this case be sent to the undersigned.

Respectfully submitted this 13th day of May, 2020,

DAVID M. NUDEL, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFFS
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DNUDEL.JHZIDELLPA@GMAIL.COM
F.B.N. 1003678

BY:___/s/___David M. Nudel_____
DAVID M. NUDEL, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND US MAIL ON 5/13/2020 TO:

RINCONCITO SUPERLATINO 4, LLC.
Registered Agent: Axcess Law, P.A.
13205 SW 137th Avenue, Suite 212
Miami, FL 33186

BY:___/s/___David M. Nudel_____
DAVID M. NUDEL, ESQ.